**Opinion filed March 30, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-18-00072-CR

_____

## DANNY REED DIKE, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 12694-D**

### M E M O R A N D U M   O P I N I O N

Appellant, Danny Reed Dike, has filed a motion to dismiss this appeal. In the motion, Appellant acknowledges that he waived his right to appeal and states that this appeal should be dismissed. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


March 30, 2018                                                           PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.